UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANENA McLEOD, on behalf of herself and all others similarly situated, | Case No. 11-2601 |
| Plaintiff, | |
| vs. | |
| CYPRESS PHARMACEUTICAL, INC. | |
| Defendant. | |

**FILED**
AUG 7 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

<u>ORDER</u>

AND NOW, this 7 day of August, 2012, it is hereby Ordered that this Court's July 11, 2012, Order dismissing the matter with prejudice is hereby vacated.

It is further Ordered that pursuant to the Parties' settlement, this matter is hereby dismissed with prejudice as to Plaintiff Shanena McLeod individually, and without prejudice to any absent members of the proposed class.

BY THE COURT

T. D. O'Neill
                    J.